Becker v. State



COURT OF APPEALS


EIGHTH DISTRICT OF TEXAS


EL PASO, TEXAS





TEXAS TECH UNIVERSITY and
TEXAS TECH UNIVERSITY HEALTH
SCIENCES CENTER,


 Appellant,


v.


NYDIA D. GILBERT,


 Appellee. 

§


 


§


 


§


 


§


 


§



§

No. 08-08-00179-CV



Appeal from


120th District Court


of El Paso County, Texas


(TC # 2007-1011)




MEMORANDUM OPINION



 Pending before the Court is Appellants' motion to dismiss the appeal pursuant to
Tex.R.App.P. 42.1(a)(1). The heading on Appellants' motion is "Appellants' Unopposed Motion
to Dismiss Appeal for Mootness." However, the body of the motion requests dismissal pursuant to
Rule 42.1(a)(1), and as pointed out by Appellee, the motion itself does not request dismissal due to
mootness nor does it describe the events rendering the appeal moot. We therefore construe
Appellants' motion as being a motion to dismiss pursuant to Rule 42.1(a)(1) but not on the ground
of mootness. With that understanding, we grant the motion and dismiss the appeal. Costs are taxed
against Appellant. See Tex.R.App.P. 42.1(d).


September 24, 2008 

 ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Carr, JJ.

Chew, C.J., not participating